IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUAN CARLOS VILLARREAL, | § | CASE NO. 21-30941-hcm |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 13 |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that PNC Equipment Finance, LLC (hereinafter "Movant"), files this its Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as a creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Brandon J. Gibbons
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
(817) 338-1616 phone
(817) 338-1610 fax

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b)

property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
(817) 338-1616 phone
(817) 338-1610 fax

/s/ Brandon J. Gibbons
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Brandon J. Gibbons
State Bar I.D. #24082516
bgibbons@padfieldstout.com

*Attorneys for Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, I served a true and correct copy of the foregoing to the following via this Court's ECF electronic filing system, and/or regular mail.

| | |
|---|---|
| **Juan Carlos Villareal**<br>3656 Tierra Inca Drive<br>El Paso, Texas 79938<br><br>*Debtor* | **Miguel Alejandro Flores**<br>Tanzy & Borrego Law Offices<br>2610 Montana<br>El Paso, Texas 79903<br><br>*Debtor's Attorney* |
| **Stuart C. Cox**<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, Texas 79936<br><br>*Chapter 13 Trustee* | **United States Trustee**<br>Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, Texas 78205 |
| **All those receiving ECF notifications in this case.** | |

/s/ Brandon J. Gibbons
Brandon J. Gibbons