**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:                                                                          CASE NO.: 21-30941-hcm

                                                                                            CHAPTER 13

**Juan Carlos Villarreal,**
*aka* **Juan Carlos Villarreal – Torres,**
*aka* **Juan V. Torres,**

    **Debtor.**

_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

U.S. Bank National Association ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Juan Carlos Villarreal, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 9, 2021.

2. Secured Creditor holds a security interest in the Debtors' personal property described as a 2019 RAM 1500 (VIN: 1C6RREHT0KN628422) by virtue of a Motor Vehicle Retail Installment Sales Contract – Simple Finance Charge (With Arbitration Provision) dated March 8, 2019.

3. The filed Proof of Claim shows the total amount owed of $56,041.10 and pre-petition arrears of $2,431.77. Secured Creditor's J.D. Power/NADA Used Car valuation shows a Clean Retail Value of $57,650.00.

4. The Debtors filed an Initial Chapter 13 Plan on December 9, 2021.

5. Debtors' Plan proposes to value the collateral to $52,000.00 and cram down the interest rate to 6.00%. Secured Creditor objects as Debtor's vehicle is over-secured and therefore Debtor cannot cram down the value of collateral.

6. Debtor's Plan fails to properly provide for the repayment of Secured Creditor's Claim and should not be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

Date: January 25, 2022

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 156

By: /s/ __Tricia Ann Morra__
Tricia Ann Morra, Esquire
TXBN 24117700
tmorra@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Juan Carlos Villarreal
3656 Tierra Inca Drive
El Paso, TX 79938

Miguel Alejandro Flores
Tanzy & Borrego Law Offices
2610 Montana
El Paso, TX 79903

Stuart C. Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936

                                                      By: /s/ Catherine Rusteberg
                                                           Catherine Rusteberg
                                                           Email: crusteberg@raslg.com