IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| JUAN CARLOS VILLARREAL | § | Case No. 21-30941 - hcm |
| | § | |
| *Debtor's* | § | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee ("Trustee"), objects to Confirmation of the current Chapter 13 Plan filed by Debtor and as grounds would show the Court:

1. Trustee objects to confirmation of Debtor's Chapter 13 Plan insofar as Debtor's plan will not close or complete on the designated month and year. Trustee requests that said plan be amended to cure the plan term issue such that the plan completes and closes timely.

### Relief Sought

Trustee prays for an Order Denying Confirmation of the proposed Chapter 13 Plan without prejudice to amend within fourteen (14) days of hearing, or in the alternative, that the instant case be dismissed, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which he may be justly entitled.

Respectfully submitted,

/s/Stuart C. Cox
Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
1760 N. Lee Trevino Dr.
El Paso, TX 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

## CERTIFICATE OF SERVICE

This certifies that a copy of this document was served upon the parties listed below by United States Mail, first class, postage prepaid on January 26, 2022.

JUAN CARLOS VILLARREAL
3656 TIERRA INCA DRIVE
EL PASO, TX 79938

TANZY & BORREGO LAW OFFICES PLLC
2610 MONTANA AVE.
EL PASO, TX 799033712

Americredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

Brandon J. Gibbons
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102

Bradley Balderrama
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan St. #2200
Weston Centre
San Antonio, TX 78205-1588

/s/Stuart C. Cox
Stuart C. Cox